# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*See* Exhibit A | ) ) ) ) ) ) ) ) ) ) ) ) ) Master Docket: 2:21-mc-01230-JFC<br><br>MDL No. 3014<br><br>Honorable Joy Flowers Conti |

## ORDER DISMISSING WITH PREJUDICE
## CLAIMS OF NONRESPONSIVE LITIGATING PLAINTIFFS

AND NOW this 3rd day of October, 2025, for the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that the Motion to Dismiss for Failure to Comply with the DMO and Show Cause Orders (ECF No. 3499) filed by Defendants Philips RS North America, LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation is hereby GRANTED IN PART with respect to the cases listed in Exhibit A to this Order, and taken under advisement in part with respect to Civ. Nos. 24-533, 23-540 and 23-1211.  The cases listed in Exhibit A to this Order are **DISMISSED WITH PREJUDICE**.  The Clerk shall **CLOSE** these cases.

   s/Joy Flowers Conti  
Honorable Joy Flowers Conti  
Senior United States District Judge